IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 7:12-CV-147-BO

| | |
|---|---|
| CARL BRONITSKY, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BLADEN HEALTHCARE, LLC d/b/a CAPE FEAR VALLEY, BLADEN HEALTHCARE, LLC and CAMERON HIGHSMITH | ) **ORDER** ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on plaintiff's motion to strike or otherwise disregard the supplemental affidavit of Cameron Highsmith, the affidavit of Connie Lamb, and the affidavit of Dona Bowen. [DE 65]. For the reasons stated herein, the motion is DENIED as moot.

This Court granted defendants' motion for summary judgment on September 20, 2013 [DE 72]. Plaintiff's current motion asks the Court to strike or otherwise disregard various affidavits submitted in conjunction with that motion. Although the Court did not rely on the affidavits at issue in making its summary judgment ruling, the matter is now moot. Accordingly, plaintiff's motion to strike or otherwise disregard is DENIED as moot.

SO ORDERED.

This the 27 day of September, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE